UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 19 PM 2:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

'08 MJ 1565

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | Magistrate's Case No. |
| Juan BENITEZ | COMPLAINT FOR VIOLATION OF |
| | 18 USC 922 (g)(5) - Alien in Possession of a Firearm and or ammunition |
| | 21 USC 841 (a)(1) - Possession with Intent to Distribute a Controlled Substance |

The undersigned complainant being duly sworn states:

**COUNT 1**

On May 9, 2008, within the Southern District of California, defendant Juan BENITEZ, an illegal alien, possessed a pistol and ammunition that traveled in and affected interstate commerce, which is described as one Leinad, model M11, 9mm caliber pistol, serial number 95-0051667; in violation of 18 United States Code, Section 922 (g)(5) - Alien in Possession of a Firearm.

**COUNT 2**

On May 9, 2008, within the Southern District of California, defendant Juan BENITEZ did knowingly and intentionally possess with intent to distribute approximately 875 pounds of marijuana in the form of 42 bales, a Schedule I Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Special Agent Gordon Geerdes
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 19 day of May, 2008.

Hon. Anthony J. Battaglia
UNITED STATES MAGISTRATE

United States

V.

Juan BENITEZ

**Probable Cause Statement**

**OVERT ACTS**

In violation of the aforementioned statutes the following acts were committed in the Southern District of California:

On May 9, 2008, San Diego Police Narcotics Detectives were surveilling the residence located at 10106 Del Ray Road, in Spring Valley, California, in anticipation of obtaining a search warrant for the residence. At approximately 10:10 p.m. on May 9, 2008, a white GMC van left the residence at 10106 Del Rio Road. San Diego Police Officers McAndrews and Rhoten stopped the van for a lighting violation. Inside the van which was being driven by Juan BENITEZ, in plain view was a large bundle of marijuana lying on the floorboard next to the driver. In total, 42 bales of marijuana, weighing approximately 875 pounds were recovered from inside the vehicle. The driver and sole occupant of the vehicle Juan BENITEZ did not have a valid drivers license and presented a Mexican Identification Card when asked for Identification by the officers.

Continuing on this same date at approximately 10:15 hours, San Diego Police Narcotics Detectives received and executed a telephonic search warrant for the residence located at 10106 Del Rio Road in Spring Valley, California. The Detectives entered the residence and conducted a primary and secondary search for occupants. There were no occupants inside the residence. The Detectives initiated a search of the residence and recovered the following items; 17 bales of marijuana weighing approximately 400 pounds, a notebook containing notes regarding weights, a large digital floor scale, a Leinad Model M-11 9mm pistol bearing serial number 94-0051667 with a threaded barrel, two large capacity magazines loaded with 9mm ammunition, a firearm silencer/muffler with threaded attachment (no serial number). Co-located with the firearm and silencer were dominion and control items to include a photo of BENITEZ with another individual, and a letter addressed to the parents of Martha BENITEZ from Spring Valley Middle School. Also recovered from the search of the residence was a SDG&E bill in the name of Juan Ramon BENITEZ for the residence located at 10106 Del Ray Road.

The evidence taken was transported and impounded at San Diego Police Department Headquarters.

On May 12, 2008, ATF Special Agent Geerdes contacted Department of Homeland Security Detention Officer V. Delay. Detention Officer Delay told Agent Geerdes he had interviewed Juan BENITEZ to determine his alienage. Detention Officer Delay stated BENITEZ told him he did not have any papers to be legally in the Unites States.

Your affiant knows, based on knowledge and experience, that possession of this amount of controlled substance is a violation of 21 USC 841 (a)(1), in that it is indicative of an intent to distribute marijuana.

Your affiant knows that due BENITEZ unlawful presence in the U.S. and pursuant to Federal firearms law, 18 U.S.C. 922(g) (5), BENITEZ is prohibited from possessing firearms and ammunition that have traveled in interstate commerce.

Your affiant is also a firearm and ammunition interstate nexus expert, who advised that, Leinad, model M-11, 9mm pistol bearing serial number 94-0051667 was manufactured in the State of Tennessee. Therefore, the Leinad, model M-11, 9mm pistol was manufactured outside of the state of California and at one point in time, must have traveled in interstate commerce.

Based upon the above information, your affiant believes probable cause exists to issue a criminal complaint to arrest Juan BENITEZ for the violations of 18 USC 922(g) (5) in that, being a prohibited person, BENITEZ possessed a firearm and ammunition that have traveled in interstate commerce; 21 U.S.C. Section 841(a)(1), in that BENITEZ knowingly and intentionally possessed a controlled substance (marijuana) with intent to distribute.

Special Agent Gordon Geerdes
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 19th day of May, 2008.

Hon. Anthony J. Battaglia
UNITED STATES MAGISTRATE