(3)

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JUAN BENITEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2143-JLS

I, JUAN BENITEZ, the above named defendant, who is accused of committing the following offense:

Count 1:

Alien illegally and unlawfully in the United States, did knowingly and unlawfully possess, in and affecting commerce, a firearm, that is, a pistol; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

Count 2:

Possession of Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/26/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
Judicial Officer

FILED

JUN 26 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY