**RICARDO M. GONZALEZ**
**Attorney at Law**
**California State Bar No. 98993**
**101 West Broadway, Suite 1950**
**San Diego, CA 92101**
**Telephone: 619.238-9910**
**Facsimile: 619.238-9914**

Attorney for Defendant
JUAN BENITEZ

FILED
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JMS DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(Hon. Jasnis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JUAN BENITEZ, Defendant. | Case No. 08-CR-2143-JLS **SUBSTITUTION OF ATTORNEY** |

Defendant, JUAN BENITEZ, hereby substitutes RICARDO M. GONZALEZ, 101 West Broadway, Suite 1950, San Diego, CA 92101, telephone No. (619) 238-9910, as Attorney of Record in place and stead of Norma A. Aguilar, Esq.

DATED: 7-11-08 ______________________ JUAN BENITEZ

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 7/11/08 ______________________ NORMA A. AGUILAR

I HEREBY ACCEPT THE ABOVE SUBSTITUTION.

______________________ RICARDO M. GONZALEZ